# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00313-CV

**In re Regina Rigsby**

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Regina Rigsby has filed a petition for writ of mandamus. Having reviewed the petition, the response, and the record provided, we deny relator's petition for mandamus relief. *See* Tex. R. App. P. 52.8.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Filed:   July 9, 2013